**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:

| | | |
|---|---|---|
| **HAROLD EUGENE BARNES** | § | |
| **EVA DARLENE BARNES** | § | |
| 2325 ACR 2212 | § | CASE NO. 22-60466 |
| Palestine, TX 75803 | § | |
| xxx-xx-2064; xxx-xx-9276 | § | CHAPTER 7 |
| Debtor(s) | | |

**OBJECTION TO MOTION OF US BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW HAROLD EUGENE BARNES and EVA DARLENE BARNES, Debtors in the above styled and numbered cause and in Objection to the Motion for Relief from the Automatic Stay filed by US BANK ("Movant"), and would respectfully show the following:

1. The allegations of US BANK in paragraphs 1 through 4 are admitted.
2. The other allegations of US BANK in paragraphs 5 through 11 are denied.
3. Except as stated above, the Debtors generally deny the allegations contained in Movant's Motion.

**WHEREFORE, PREMISES CONSIDERED**, Debtors respectfully pray that the Court deny all relief requested by Movant, and for such other relief in law and equity as the Court deems just.

DATED: May 4, 2023.

    Respectfully submitted,

    MIKE WALLACE PC
    9399 E State Hwy. 204
    Jacksonville, Texas 75766
    Tel: (903) 683-2018
    Fax: (888) 371-6575
    E-mail: mike@dayandwallace.com

    By:  /s/ Michael P. Wallace
       Michael P. Wallace
       State Bar No. 20771030
    ATTORNEYS FOR DEBTOR(S)

# CERTTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of May 2023, a true and correct copy of the foregoing was served on all parties listed below by electronic means or via United States First-Class Mail.

DIANE CARTER
660 NORTH CENTRAL EXPRESSWAY
STE 101
PLANO, TX 75074

CARSON EMMONS
4004 BELT LINE ROAD SUITE 100
ADDISON, TEXAS 75001

HAROLD EUGENE BARNES
2325 AN COUNTY ROAD 2212
PALESTINE, TX 75803-1069

EVA DARLENE BARNES
2325 AN COUNTY ROAD 2212
PALESTINE, TX 75803-1069

US TRUSTEE:
110 N. COLLEGE AVE
SUITE 300
TYLER, TX 75702

ANDERSON COUNTY
JULIE ANNE PARSONS
PO BOX 1269
ROUND ROCK, TX 78680

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

    /s/ Michael P. Wallace
Michael P. Wallace