Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

---

Bankruptcy Proceeding No.:  22–60466
Chapter:  7
Judge:  Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Harold Eugene Barnes | Eva Darlene Barnes |
| 2325 An County Road 2212 | 2325 An County Road 2212 |
| Palestine, TX 75803–1069 | Palestine, TX 75803–1069 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–2064                              xxx–xx–9276

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 6/21/23 at 09:30 AM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)43 Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To 2325 AN County Road 2212, Palestine, TX 75803 Filed by Creditor U.S. Bank National Association). Final Hearing scheduled for 6/21/2023 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 5/5/23

Jason K. McDonald
Clerk, U.S. Bankruptcy Court