THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



EOD
05/09/2023

| | |
|---|---|
| HAROLD EUGENE BARNES   XXX-XX-2064<br>2325 AN COUNTY ROAD 2212<br>PALESTINE, TX 75803-1069<br><br>EVA DARLENE BARNES   XXX-XX-9276<br>2325 AN COUNTY ROAD 2212<br>PALESTINE, TX 75803-1069<br><br>DEBTORS | § CASE NUMBER: <u>22-60466</u><br>§<br>§ CHAPTER 13<br>§<br>§<br>§<br>§ |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE
## IN CASE CONVERTED TO CHAPTER 7

Upon the conversion of the above-referenced case to a case under Chapter 7 and the filing of the Chapter 13 Trustee's certification that the Chapter 13 phase of this case has been fully administered and upon request to be discharged of the duties as the Chapter 13 trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Lloyd Kraus is hereby **DISCHARGED** of all duties as the duly-appointed Chapter 13 Trustee in the above-referenced case.

Signed on 05/09/2023

_____ JD
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE